# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>    v.<br>ANTONIO MOGROS,<br><br>                  Defendant. | Case No. 3:16-cr-00051-MMD-WGC<br><br>ORDER |

In *United States v. Sanchez-Gomez*, the Ninth Circuit Court of Appeals found that "[b]efore a presumptively innocent defendant may be shackled, the court must make an individualized decision that a compelling government purpose would be served and that shackles are the least restrictive means for maintaining security and order in the courtroom." *United States v. Sanchez-Gomez*, __ F.3d __, 2017 WL 2346995 at *9 (9th Cir. May 31, 2017). The court reasoned that this right "respects our foundational principle that defendants are innocent until proven guilty." *Id.* Defendant relied on *Sanchez-Gomez* in filing his "Notice of Assertion of Right to be Present in Court Unshackled" ("Notice"). (ECF No. 79.) However, the Ninth Circuit has stayed the issuance of the mandate in *Sanchez-Gomez. See United States v.Sanchez-Gomez*, No. 13-50561 (9th Cir. filed June 16, 2017) (order granting motion to stay issuance of the mandate). The Court nevertheless agrees with the Ninth Circuit's reasoning and will implement Sanchez-Gomez's direction to courts to "decide whether the stated need for security outweighs the infringement on a defendant's right." *Id.* at *13. A minute order will follow on whether

1 | Defendant will be placed in restraint during the sentencing hearing scheduled for June 29, 2017.

The government's motion to strike the Notice (ECF No. 80) is denied. Requiring Defendant to file a motion to be presented in court unshackled would place the burden on a defendant to establish that he should not be shackled and would effectively disregard an individual's constitutional "right to be free from unwarranted restraints." *See id* at *8. However, the Court finds that the Notice goes too far in telling this Court what it "must" do under *Sanchez-Gomez.*

DATED THIS 28th day of June 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE